Luke L. Dauchot (State Bar No. 229829)
ldauchot@kirkland.com
Greer N. Shaw (State Bar No. 197960)
gnshaw@kirkland.com
KIRKLAND & ELLIS LLP
777 South Figueroa Street
Los Angeles, CA  90017
Telephone:  (213) 680-8400
Facsimile:   (213) 680-8500

Attorneys for Plaintiff
BIEDERMANN MOTECH GMBH

Calvin P. Griffith (Admitted *Pro Hac Vice*)
cpgriffith@jonesday.com
Isaac A. Molnar (Admitted *Pro Hac Vice*)
iamolnar@jonesday.com
JONES DAY
North Point, 901 Lakeside Avenue
Cleveland, OH  44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212

Richard D. Whitlow (State Bar No. 227947)
rdwhitlow@jonesday.com
JONES DAY
3 Park Plaza, Suite 1100
Irvine, CA  92614
Telephone:  (949) 851-3939
Facsimile:  (949) 553-7539

Attorneys for Plaintiff and Counterdefendant
DEPUY SPINE, INC.

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIEDERMANN MOTECH GMBH and DEPUY SPINE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ACME SPINE, LLC and ALLEZ SPINE, LLC, <br><br> Defendants. | Case No. CV 06-03619 SJO (PLAx) <br><br><br> CONSENT JUDGMENT AND STIPULATED DISMISSAL |

1    WHEREAS Plaintiffs Biedermann Motech GmbH ("Biedermann Motech") and DePuy Spine, Inc. ("DePuy") (collectively, "Plaintiffs") have asserted a claim against Allez Spine, LLC ("Allez") for infringement of United States Patent No. 5,207,678 ("the '678 patent") by the Laguna Screw Products (as defined in the parties' Settlement and Release Agreement dated as of September 12, 2008);

WHEREAS, the parties have settled the claim brought by Plaintiffs against Allez's Laguna Screw Products;

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiffs and Allez, by and through their respective undersigned counsel, hereby stipulate to dismissal of Plaintiffs' claims without prejudice and Allez's counterclaims with prejudice.

The parties further consent to entry of this consent judgment finding that the '678 patent is valid and enforceable, that the Laguna Screw Products are covered by claims of the '678 patent, that Allez's defenses with respect to the '678 patent are dismissed with prejudice, and that Allez may not hereafter challenge the validity or enforceability of the '678 patent.  The parties further consent to entry of judgment against Allez in the amount set forth in the Settlement and Release Agreement dated as of September 12, 2008, said amount payable pursuant to the terms set forth therein.

These dismissals and stipulations are each and all with consent of the opposing party.  Each party shall bear its own costs and attorneys fees.

**IT IS SO ORDERED.**                          /S/  S. James Otero

Dated:___9/22/08_____            _____

                                                         S. James Otero

                                                         United States District Judge

                                        1                    CONSENT JUDGMENT AND
                                                             STIPULATED DISMISSAL

1 | **IT IS SO STIPULATED.**

2 | Dated:  September 12, 2008	KIRKLAND & ELLIS LLP

3 | By: _____
4 | 	Luke L. Dauchot
	Greer N. Shaw

5 | Attorneys for Plaintiff
6 | BIEDERMANN MOTECH GMBH

8 | Dated:  September 12, 2008	JONES DAY

9 | By: _____
10 | 	Calvin P. Griffith
	Isaac A. Molnar
11 | 	Richard D. Whitlow

12 | Attorneys for Plaintiff
	DEPUY SPINE, INC.

14 | Dated:  September 12, 2008	SHEPPARD, MULLIN, RICHTER &
15 | 	HAMPTON LLP

16 | By: _____
	Steven M. Hanle
17 | 	Jennifer A. Trusso

18 | Attorneys for Defendant
	ALLEZ SPINE, LLC